IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VAUGHN J. COLEMAN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 05-6408 |
| AMERIPRISE FINANCIAL | : | |
| SERVICES, INC., et al. | : | |

## ORDER-MEMORANDUM

AND NOW, this 5th day of July, 2007, upon conference:

1. Plaintiff's Motion to Compel (docket no. 36) is granted in part.  Defendants' objections to plaintiffs' request no. 7 are overruled.  Defendants shall provide documents reflecting the value of the files of plaintiffs' former clients currently held by other advisors.  The remainder of plaintiffs' motion is denied.

2. A settlement conference before Magistrate Judge Linda K. Caracappa will take place on Tuesday, September 25, 2007.  No further continuances.

3. By Friday, September 21, 2007, fact discovery shall be completed and economic expert reports shall be exchanged.

A Rule 16 conference will be held on Tuesday, October 2, 2007, at 10:30 a.m. by telephone, plaintiff to initiate the call to chambers (215-580-2030):

- trial scheduling

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.