IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VAUGHN J. COLEMAN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 05-6408 |
| AMERIPRISE FINANCIAL | : | |
| SERVICES, INC., et al. | : | |

## **ORDER**

AND NOW, this 28th day of September, 2009, "Plaintiffs' Motion to Review Clerk's Taxation Costs" (docket no. 64) is denied. The January 12, 2009 judgment in favor of defendants and against plaintiffs in the amount of $35,415.10 (docket no. 63) is affirmed.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.